## VIOLATION MEMORANDUM

TO:     HONORABLE KIM P. BERG
        United States Magistrate Judge

FROM:

        United States Pretrial Services Officer
        Cynthia Diaco

                                              **RE: Phillips, Kirk A.**
                                              **DOCKET#: 7:24-mj-1752-1**

The attached memorandum was prepared by Pretrial Services Officer:

_____

Name                                              Phone Number

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[✗]     I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]     My chambers will inform all parties concerned that I will conduct a Bail Review Hearing

        on _____ at _____.
              Date              Time

[ ]     I request that a Bail Review Hearing be conducted by:

              [ ]     The presiding Magistrate Judge

[ ]     Bail modified as recommended

[ ]     A bench warrant shall be issued for the defendant's arrest

So ordered: _____

Date  2/6/26 _____