## INFORMATIONAL MEMORANDUM

TO:        HONORABLE KIM P. BERG
              United States Magistrate Judge

FROM:    Simon M. Krivoruk
             United States Pretrial Services Officer

                                              **RE:** Phillips, Kirk A.
                                            **DOCKET#:** 7:24-mj-01752-KPB-1

The attached memorandum was prepared by Pretrial Services Officer:

| Simon M. Krivoruk | (347) 852-3084 |
|---|---|
| Name | Phone Number |

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[x]    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]    My chambers will inform all parties concerned that I will conduct a Bail Review Hearing

        on   _____   at _____ .
                  Date              Time

[ ]    I request that a Bail Review Hearing be conducted by:

        [ ]

[ ]    Bail modified as recommended

[ ]    A bench warrant shall be issued for the defendant's arrest

So ordered: _____

Date: March 3, 2026

**Comments:**