UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

KIRK PHILLIPS,

                Defendant.
--------------------------------------------------------

CASE NO: 24 MAG 1752 (KPB)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED,

Hon. Kim P. Berg
United States Magistrate Judge

Dated: 8th day of May, 2026
     Poughkeepsie, New York